In The United States District Court
For The Middle District of Pennsylvania

Ronald Stockton, : No. [redacted]
Plaintiff
v. : "Jury Trial Demanded"
: 3:19-CV-2228

Secretary Of Corrections-
John Wetzel, Superintendent-
Barry Smith, Deputy- D.J. Close, :
Capt. Knowles, Sgt.-McClare,
C.O.-Baylist, C.O. Hunt, Co. Reyman, :
Co.-Dyke, C.O. DuFour, C.O.-Lancass,
Capt-Miller, Lt.Swanson, Defendants :

FILED
SCRANTON
DEC 3 0 2019
Per AMD
DEPUTY CLERK

[redacted] Complaint

Plaintiff, Ronald Stockton, Pro se, hereby brings this 42 U.S.C. §§ 1981, 1983, 1985, and 1986, Complaint on the above listed Defendant in their Official and Individual Capacities For the Deprivation of Rights while acting under color of law listed in this Complaint

I: Jurisdiction

This said court has jurisdiction under 28 U.S.C. §§ 1331, and 1343 (a) (3), and can grant relief under 28 U.S.C. §§ 2201-2202, and 28 U.S.C. §§ 2283-84,

aswell as Rule 65 of the Fed. R. Civ. P. (Declaratory and Injuctive).

Plaintiff avers claims of: Excessive Force, Cruel and Unusual Punishment, Deliberate Indifference, Retaliation For utilizing a vehicle to Access the Courts (Grievances, Complaints, etc.), Conspiracy, Defamation of Character, Violation of Equal Protection, Retaliation due to sexual preference, and denial of Religious Practice, Failure to Protect, Ongoing Continuous Harm.

Plaintiff hereby requests: $20 million in Punitive Damages, $40 million in Compensatory Damages, Court Cost, Cost incurred For postage and copies throughout this matter, and Attorney Fees.

Injuctive Relief - Not to be retaliatory transfered

II. Facts

1. On 4-7-16, while being escorted to the strip cage/intake in the RHU a Correctional Officer by the name of C.O. Hunt stated: "So you like to assault Officers", I stated "I like to File paperwork For wrongs committed against me"; C.O. Hunt stated: "We have a stick to beat prisoners who File Paperwork against our comrads".

2. While C.O. Hunt Conducted the strip search after entry of the cage C.O. Neyman held a wooden night stick up

while pointing at it. See, Exhibit-A-A(2).

3. On 6-5-16, While eating Plaintiff passed some Food to a table directly next to him, in which, C.O. Baylist told Plaintiff to leave without eating. I informed C.O. Baylist that he could not utilize Food as punishment. Sgt. McClare then enter, and ask what was going on I informed him of what had taken place, C.O. Baylist said something, then Sgt McClare told me to dump my tray and get out, I informed Sgt. McClare that under DC-ADM-610, he could not use Food as a Punishment. Sgt. then pulled out O.C. and told Plaintiff to get out Chow Hall. Plaintiff and other prisoners then jumped up, and Lt. Swanson walked in, and ask Plaintiff to step outside.

4. Lt. Swanson told Plaintiff to Forget about the Food, and go back to the Block, in which, Plaintiff Followed order. Later Lt. Swanson informed Plaintiff that this was all happening due to me Filing grievances, when Lt. Swanson asked me/Demanded I sign off on grievance #628644, and when I refused he said "Watch". See, exhibit-B and B(1).

5. On 6-13-16, I was sprayed with a Fire extinguisher Full of O.C. after informing Capt. Miller that they were trying to implement a Punishment after utilizing my Food as a punishment on 6-5-16, approximately a day after talk with Lt. Swanson. See, exhibit-C-C(1). Capt. Miller stated: "You should stop Filing Paperwork then."

while pointing at it. See, Exhibit-A-A(1).

3. On 6-5-16, While eatting Plaintiff passed some Food to a table directly next to him, in which, C.O. Baylist told Plaintiff to leave without eatting. I informed C.O. Baylist that he could not utilize Food as punishment. Sgt. McClare then enter, and ask what was going on I informed him of what had taken place, C.O. Baylist said something, then Sgt. McClare told me to dump my try and get out, I informed Sgt. McClare that under DC-ADM-610, he could not use Food as a Punishme Sgt. then pulled out O.C. and told Plaintiff to get out Chow Hall. Plaintiff and other prisoners then jumpe up, and Lt. Swanson walked in, and ask Plaintiff to step outside.

4. Lt. Swanson told Plaintiff to Forget about the Food, and go back to the Block, in which, Plaintiff Followed order. Late Lt. Swanson informed Plaintiff that this was all happening due to me Filing grievances, when Lt. Swanson asked me/Demanded I sign off on grievance #628644, and when I refused he said "Watch". See, exhibit-B and B(1).

5. On 6-13-16, I was sprayd with a Fire extinguisher Full of O.C. after informing Capt. Miller that they were trying to implement a Punishment after utilizing my Food as a punishment on 6-5-16, approximately a day after talk with Lt. Swanson. See, exhibit-C-C(1). Capt. Miller stated: "You should stop Filing Paperwork then."

6. On 6-15-16, After informing the Lt. who came to escort me back to the RHU that I was still feeling suicidal, Plaintiff was told by said Lt. that you are comming out of that cell one way or another after all the paperwork you've been filing against officers.

7. Plaintiff was then sprayed while he was naked as required blue pants, etc., was not provided, taken to RHU and placed in a cell with no running water, no working toilet, no mattress, no blanket, just a paper smock for 7 straight days, in which, Plaintiff only seen a Psychologist about 3 times within that 7 day periode In the POC Plaintiff would have been seen daily. See, Exhibit-D-D(2).

8. On 7-13-16, While being escorted from yard I was informed by prisoner's on the unit that C.O. Dyke said that "since he could not enter H-C/D pod due to a PREA Investigation he would stay back and fuck A-pod cells up", while we were taken to yard, which I also overheard.

9. Upon returning from yard and seeing my cell in disarray I asked C.O. Dyke "why he did this to my cell", C.O. Dyke slamed door in my face then started to roughly pull on my finger's through the food apperture along with C.O. Dufour. I was forced to pull away as the pain was unbearable, I then proceeded to give my hand back and once I did so Ok was administered. See, exhibit-D(3).

10. Later it was discovered that C.O. Dyke had taken

Exhibit-E, out of my cell, which was a copy, which shows that Capt. Knowles was well aware of the fact that I was in a cell with nothing but a wrapped up paper smock for 6-15-16, following 7 days, with no water toilet (cut off) etc., in which I could not pray, forced to eat with unwashed hands and During Fam OC, eating with these same hands, with no mattress, blanket, nor clothing during Ramadan. I could not hydrate myself while fasting. See, exhibit-E-E(3). I was told "Fuck Ramadan".

11. During this time frame I was threatened by Superintendent Smith "that if I kept filing grievances, etc., that I would continue to receive adverse treatment, and if I didn't want this to happen I should work things out with staff instead of filing grievances, etc." See, exhibits-F-F(2)

12. On January 28, 2018, I signed up for a haircut at around 6:08 am, in which, I was eligible due to the fact that it was 30 days since my last haircut (over 30 day The Inmate Handbook-Section/Page 14, sec. G.1.(U), states that, "you are eligible to receive a haircut once every 30 days," thus, showing that staff were implementing a punishment in violation of title 37 § 93.10(b), as only a Hearing Examiner issue a punishment/sanction.

13. In between the hours of 7 am and 9:30 am I was told that I was not eligible as I have not been in the RHU for 30 days. When I informed unit officer that

this was inconsistent with D.O.C. policy I was told to lay down Faggot, even threatened with O.C.

14. As the RHU lunch tray's were delivered to the unit on between 10:am and 10:45 am, I stuck my arm out of the slot to gain Lt's attention (Lt. Pesta)

15. I then proceeded to eat my meal, then I sat the tray outside of my cell door. After that C.O. Lucass proceeded to make a round on the unit (around 10:40am) and Said, "Stockton, You are a Faggot that needs to be taught a lesson," he then proceeded with, "We just may be the one to teach you a lesson."

16. It is clear that I was not threatening anyone as the officer passing out the tray's continued to do so, and picked them up without incident. This could have been avoided by Said officer's just giving me my grievance. In one instance C.O. Lucass called me a "dick sucking Faggot".

17. At around 10:47am Officer's Lucass, DuFour, and another unnamed officer arrived at my door with a blocker/shield. As these officer's put the shield against my cell door, C.O. Lucass informed C.O. DuFour to "Spray this Faggot."

18. C.O. DuFour then Removed the shield, and didn't use 3 spray's as required, he emptied the whole can into my

Facial area while rating "Fuck this Faggot, I got him". There was no legitamate reason For C.O. DuFour to move an over 200 pound shield to spray me.

19. In the time Frame that this took place the Shift Commander could not have been called, if so, he's guilty of Failing to protect Plaintiff as there was no superior officer on the unit to keep officer's in check when there was no one in imminent danger except Plaintiff. No hand held camera was brought to incident, and no safety precautions were utilized. See, exhibit-G-G(1).

20. In regards to the incident C.O. DuFour then wrote me up stating that I threatend to through urine on him and that I showed him a cup, clearly my arm is out of the slot on camera, in which I posses nothing in my hand, thus, deFaming my character to cover up incident as why would C.O. Move a protective shield exposing himself to urine, which is what shield is to protect From. Plaintiff's character was deFamed throughout the entire DOC as well as outside source (Parole Board) whom of which utilized these records against me to deprive me of Parole.

21. It is clear that C.O. DuFour and Lucas retaliated against me For my sexual preFerence, as well as my request For a grievance. C.O. Lucass later informed me that Supt. Smith Said that "staff could handle Stockto

in any manner as long as his [struck through] Faggot as continued to File paperwork (grievances, etc.) against staff and institution, thus showing a Conspiracy, Failure to protect, Retaliation (ongoing), Violation of Equal protection, etc., all For Plaintiff exercising a Right to File a Complaint (protected Conduct).

22. Deputy close threatened me in exhibit-H of this Complaint in relation to me Filing paperwork in regards to Jan. 27, 2018 incident, along with Capt.-knowledge prior to exhibit-H(i). Deputy closed stated "You leave us alone, and we will leave you alone," in regards to a request where I submitted original Complaint (5 page) to Deputy attached to request.

23. I was later sprayed with a Fire extinguisher of OC on 4-11-18, then placed in a cell with no water, naked, and only a mattress.

24. Defendants are responsible For Plaintiffs care, custody, and control, and has a duty to protect, but are administering wartactics on Plaintiff

Where Fore, Plaintiff request's this Honorable Court to liberally construe this complaint however inartfully pleaded, and grant all relief requested.

Submitted under 28 U.S.C. § 1746.

[struck through] May 26, 2019 [signature]

Exhibit - A

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1920 TECHNOLOGY PARKWAY**
**MECHANICSBURG, PA 17050**

| FOR OFFICIAL USE |
|---|
| 621975 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: [illegible] | DATE: 4-16-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) [illegible] #[illegible] | SIGNATURE OF INMATE: [illegible] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: [illegible] | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I am writting this grievance due to the fact that while I was being escorted to the strip cage/intake in the RHU on 4-7-16, C.O. Hunt stated, "so you like to assault officers," I stated, I like File paper work For wrongs committed against me, he said, we have sticks to beat prisoners who file paper work on our comrads, then we entered the strip area and his partner held the stick up while C.O. Hunt conducted the strip search, see video Footage.

I ask for any and all relief and monetary damages that a court deem just.

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***
Issued: 3/31/2014
Effective: 5/1/2014

***Attachment 1-A***

Exhibit A(i)

AFFidavit

I, Ronald Stockton hereby submitts this AFFidavit as true and Correct to the best of my knowledge and understanding under 28 U.S.C § 1746, as Follows:

Upon my arrival to SCI-Houtzdale, RHU (LS housing) on April 7, 2016, prior to my arrival to strip area, while being escorted C.O. Hunt stated "so you like to assualt officer's", I stated, "I like to File paperwork For wrongs committed against me", C.O. Hunt stated "We have a stick to beat prisoner's who File paperwork on our commrads."

C.O. Neyman whom of which name was unknown at the time of Filing grievance then held up the stick during the perFormance of strip search conducted by C.O Hunt after me and C.O Hunts Conversation outside the strip room, and pointed to stick in order to scare me.

5-20-16

Ronald Stockton

Ronald Stockton

CC: Personal File, Mother

Exhibit-B

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
| --- |
| 628644 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Ms. Kealer | FACILITY: SCI-Houtzdale | DATE: 6-5-16 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) Ronald Stockton #HJ1537 | SIGNATURE OF INMATE: Ronald Stockton | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: D-B-60 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Today, during dinner around/about 6:30pm to 6:35pm C.O. Baughts told me to get out of dining hall #3 without eating, I informed him that he could not use food as a punishment, in which, C.O. called Sgt. McClain who immediately arrived in the dining hall, I then explained what happened, and that the C.O. was trying to use food as punishment, and that I may be starting Ramadan, as well as I have a medical problem which prevents me from consuming some foods, Sgt. then proceeded to cooperate with the C.O. to deprive me of my food, and as I continued to make my sandwich, the Sgt. told me to put the sandwich down or he would spray me with (OC) and reached for his waist, I then jumped up and backed away as the Sgt. [illegible] the black and red canister from his waist potentially [illegible] a [illegible], endangering other prisoners, not knowing I have a medical condition [illegible], Lt. Swanson then entered the dining hall to control the situation but still allowed me to be deprived of food as a punishment [illegible] [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

I talked to Lt. Swanson, and informed him [illegible] [illegible] dining hall #3, that Sgt. McClain was going to spray me [illegible] [illegible] [illegible] jumped up [illegible] contact [illegible] shift commander to determine appropriate course of action. I have [illegible] [illegible] [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] ______________________ 6/6/16 ______________
Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Exhibit-B(1)

Affidavit

I, Ronald Stockton, hereby submit the this Affidavit as true and correct to the best of my knowledge and understanding under 28 U.S.C. §1746; as Follows:

On 6-5-16, I was told to get out of the Chow Hall by C.O. Baylist, ~~and~~ to dump my tray, and return to unit.

I then informed Sgt. McClure that I passed Food to the table right next to me and that C.O. Baylist was attempting to kick me out of the Dinner Hall without eating in violation of DC-ADM-610 policy, as Food can not be utilized as punishment.

Sgt-McClure then pulled mace out (OC) and told me to go back to the block at which time Lt. Swanson entered the chow hall after me and several other prisoners jumped up to get of the way of (O.C).

Lt.-Swanson asked me to step outside and after I explained that C.O. and Sgt. were attempting deprive me of my Food (without eating) as punishment, Lt. informed me to go back to my block without eating.

June 6, 2016

Ronald Stockton

Ronald Stockton

CC: Personal File, Mother.

Exhibit-C

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1920 TECHNOLOGY PARKWAY**
**MECHANICSBURG, PA 17050**

| FOR OFFICIAL USE |
|---|
| 630703 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Ms. [illegible] | FACILITY: SCI-Huntingdon | DATE: 6-17-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) [illegible] HJ1537 | SIGNATURE OF INMATE: [illegible] | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: [illegible] | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. [illegible]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 6-15-16, A whole can of O.C. was dispensed in my cell at once although I informed the Lt commander on camera that I have a medical condition that I have to go to hospital for, and actively on Mental Health Roster. On 6-12-16, I was called to Lt. Office in which the Lt. was threatening [illegible] at 6:00 pm. in regards to signing off on grievance related to the matter I was sprayed for, which I was threatened with. [illegible] administering O.C., the button is to be pressed once, on 3 occasions and on camera a bottle size of a mini fire extinguisher was dispensed through the ventilation system in my cell. I had all of my property [illegible] and the [illegible] food, could not [illegible] [illegible] I am left with no shower [illegible] all video footage from [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

I've [illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator [illegible] — Date 6/20/16

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Exhibit-C(1)

AFFidavit

(Ronald Stockton) I here by verify that this AFFidavit is made true and correct to the best of my knowledge and understanding under 28 U.S.C. §1746, as Follows:

On 6-13-16, a Fire extinguisher of O.C. was administered into my cell after I informed Capt.-Miller that all this is occuring a day after I was almost Forced by Lt.-Swanson to sign off on grievance #628644, and threatened all though I was deprived of Food as a punishment.

Capt.-Miller, stated: I should stop Filing paperwork and authorized administer of (O.C.), after I also informed Capt. that I was on Mental Health Roster, and currently waiting to go to outside specialist in regards to stomach issues and internal Bleeding.

6-18-16

[signature]
Ronald Stockton

CC: Personal File Mother.

Exhibit - D

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1920 TECHNOLOGY PARKWAY**
**MECHANICSBURG, PA 17050**

| FOR OFFICIAL USE |
|---|
| 630702 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Mrs. RaeFee | FACILITY:<br>SCI Houtzdale | DATE:<br>6-18-16 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) HJ1537<br>Ronald Stockton | SIGNATURE OF INMATE:<br>Ronald Stockton | |
| WORK ASSIGNMENT:<br>N/A | HOUSING ASSIGNMENT:<br>H-A-1 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. [illegible]

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 6-15-16, I was taken out of a POC only to be placed in RHU with no clothing, toilet paper, etc, with the exception of a paper smock which was once placed on after real smock was ripped off and C/Os made grabbed my testicles with [illegible] on them. I was left naked with a paper smock until 6-17-16 they got a [illegible] and blanket. I still haven't been told why I was removed from POC [illegible] [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 6/20/16

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Exhibit D(1)

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1920 TECHNOLOGY PARKWAY**
**MECHANICSBURG, PA 17050**

| FOR OFFICIAL USE |
| --- |
| 630701 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| Mr. Rea[illegible] | SCI-Huntingdon | 6-19-16 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Russell Stokes #HJ1537 | [signature] | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| N/A | H-A-1 | |

INSTRUCTIONS:

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I am writing due to the fact that I've only seen a staff member from psychology on two occasions [illegible] Wednesday 6-15-16 and only when I [illegible] toilet paper, tooth paste [illegible] [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

[signature] 6/20/16

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

Exhibit-D(2)

Affidavit

I, Ronald Stockton, hereby submit's this Affidavit true and correct to the best of my knowledge and understanding under 28 U.S.C. § 1746, as Follows:

On 6-15-16, while in a Psychiatric observation cell (POC), I informed the Lt. that I was still Feeling suicidal, and Lt. stated: you are Coming out of this cell one way or another after all the paperwork you've been Filing against officers.

I was taken a cell in RHU and left naked with no toilet paper, tooth brush, soap, water or running toilet, no mattress, blanket, etc, For 7 days during Ramadan, and told "Fuck Ramadan". I could not hydrate myself, pray, and Force to eat with unclean hands that I had to wipe myself with, thus bleeding my rectum From (O.C.).

6-22-16

Ronald Stockton
Ronald Stockton

CC: Personal File, Mother

Exhibit-D(3)

# Affidavit

(Affidavit) Being Duly Set Forth, Pursuant To 28 U.S.C. sec. 1746; And Or By 18 Pa. C.S.A. sec. 4904, Robert K, Davis. Philadelphia

Photo Number 555993. On July 13, 2016, During Morning Exercise For (RHU) Prisoners; I Witness An Uniform Officer Enter H A-1 Cell.

Upon Prisoners Return To The Housing Unit, I Heard An Loud Commotion And Looked To See Numerous Uniform Officers At HA-1

Cell. I Hear The Prisoner Scream Stop Twistting My Thumb, Here's My Hand. Then The Sergeant Administer An Can Of Spray In HA-1 Cell:

Respectfully Submitted

[signature]

Robert K, Davis
P.O. Box 1000
Houtzdale, Pa. 16698
PP # 555993

28 U.S.C. sec. 1746
18 Pa. C.S.A. sec. 4904

HA 24 Cell.

Exhibit-E

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) WC: Personal File, Mother. RHU - Unit Manager ~~Superintendent-Smith~~

2. Date: 6-20-16

3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537

Ronald Stockton
Inmate Signature

4. Counselor's Name Mr. Lettence ~~Defelice~~

5. Unit Manager's Name Mr. DeFelice

6. Work Assignment N/A

7. Housing Assignment H-A-1

8. Subject: State your request completely but briefly. Give details.

I am writting to inForm you that I've been left in the cell with nothing, not a mattress, toilet paper, toothbrush, paste, pen, paper, as I have to return this pen to a prisoner. I am not receiving my mail, none of my property, and this clearly can't be From psychology as I've only seen the block psychologist on 2 occasions since 6-15-16, and only when I snap to try to obtain toilet paper to use the bathroom. IF psychology was involved I would have never been moved/Forced From the POC where at least I received some Form of treatment. Your officer's make round with no reguard to looking in cells. On the status I'm told I'm on by guards someone should be sitting in Front of my door 24 hours a day, and I am to be permitted blues, stationary, etc. With the tactic's being dispensed I could be dead in this cell, as my testicles, back, eyes, etc are still burning From OC, and I sign up For shower, yard, and told no even though I'm not on movement restriction, and no restriction are posted on my door as required.

9. Response: (This Section for Staff Response Only)

Your actions determine what specific items are restricted. I have talked to you about this subject.

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name [signature] / [signature] Date 6-22-16
Print Sign

Revised July 2000

Exhibit E (1)

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) Security-Capt | 2. Date: 7-12-16 |
| 3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537 <br> Ronald Stockton <br> Inmate Signature | 4. Counselor's Name Mr. Lutheran [?] <br> 5. Unit Manager's Name Mr. DeFelice [?] |
| 6. Work Assignment N/A | 7. Housing Assignment H-A-1 |

8. Subject: State your request completely but briefly. Give details.

I am writing due to the fact that the kitchen is placing milks on trays, which is the most unhealthy thing that could be done. These milks are not sanitized (outside) and this contaminates the tray, which could lead to a wide spread of bacterial problems.

Also, Attached request shows that Capt Knowles lied on grievance #630702, which was responded to on 6-22-16, and grievance response on 7-8-16. This shows that he lied to cover up misconduct towards me, thus, tampered with a public document, and potential evidence if this leads to court action. These are the people that's placed on RHU to antagonize me.
CC: Personal File, Mother

9. Response: (This Section for Staff Response Only)

I ENCOURAGE YOU TO UTILIZE THE ESTABLISHED GRIEVANCE APPEAL SYSTEM IF YOU HAVE AN ISSUE WITH THE INITIAL RESPONSE.

IF YOU HAVE CONCERNS RELATING TO FOOD HANDLING, YOU NEED TO ADDRESS THEM TO THE KITCHEN SUPERVISOR. I CAN ASSURE YOU THAT CURRENT PRACTICES ARE IN ACCORDANCE WITH ESTABLISHED STANDARDS.

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name [signature] / [signature] Date 07/13/16
Print Sign

Revised July 2000

Exhibit-E (2)

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>Page 1 of 2 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| Security Capt. - Shea<br>1. To: (Name and Title of Officer) | 2. Date:<br>7-13-16 |
| 3. By: (Print Inmate Name and Number) Ronald Stockton #HJ2537<br><br>Inmate Signature | 4. Counselor's Name<br>Mr. [illegible]<br>5. Unit Manager's Name<br>Mr. DeFelice |
| 6. Work Assignment<br>N/A | 7. Housing Assignment<br>H-A-1 |

8. Subject: State your request completely but briefly. Give details.

Today while I was in shower officer DuFord preformed a cell check for security purposes which was done appropriately from my observation in shower. While I was being escorted to yard I overheard C.O. Dyke state to another officer that since he could not go to H-C pod, he will take things from H-A unit cells. C.O. Dyke specifically targeted a 6-20-16 request responded to by Capt. Knowles on 6-22-16 which was a copy, the document that C.O. Smith falsified (warrant form) for misconduct B894612 (copy). Upon my arrival back to my cell I inquired as to why my legal envelope were in disarray and sheets partially off mattress. I was told it was do to cell check, while I leaned forward C.O. Dyke started to pull my thumb, which feels dislocated, so I was forced to pull away do to the severity of the pain, and C.O. Dyke stated it was me who took staff out of each cell that went to yard. I informed the nurse to take pictures of my hand but Lt. James stated that I have to come out the cell, I told

9. Response: (This Section for Staff Response Only)

Your allegation of abuse will be investigated.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name [signature] Print / [signature] Sign Date 07/14/16

Revised July 2000

Exhibit-E(3)

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Security Capt. - Shea | 2. Date:<br>7-13-12 |
| 3. By: (Print Inmate Name and Number)<br>Ronald Stockton #HJ1537<br>[signature]<br>Inmate Signature | 4. Counselor's Name<br>Mr. Lettera<br><br>5. Unit Manager's Name<br>Mr. DeFalice |
| 6. Work Assignment<br>N/A | 7. Housing Assignment<br>H-A-1 |

8. Subject: State your request completely but briefly. Give details.

Lt. that I Fear For my life, due to the Fact that I was assaulted by C.O. Dyke, and Lt. James refused to let pictures be taken through the Food aperture even though he would have had to cuff me through there, and a chunk of meat is missing in 3 parts of the right hand.

C.O. Dyke could not have been conducting security checks as they were conducted during showers, and it could not have been a cell search as I were not present, nor notified. C.O. Dyke did not have a witness present during/upon his malicious acts nor supervisor he was alone, rogue utilizing his duties to commit acts of terror.

I would like an abuse allegation filed, and preservation of H-A pod video preserved from 6am to 10:30am, I also want an X-Ray. ~~[illegible]~~ Also, I was sprayed after I put my hand back through slot, and the use of O.C. was unwarranted.

Page 2 of 2

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name ______________ / ______________ Date ______________
Print Sign

Revised July 2000

Exhibit-F

Commonwealth of Pennsylvania
Department of Corrections

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

RECEIVED
SUPERINTENDENT'S OFFICE
JUN 23 2016
SCI-HOUTZDALE
PO BOX 1000 HOUTZDALE, PA

1. To: (Name and Title of Officer) Superintendent-Smith

2. Date: 6-22-16

3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537

[signature]
Inmate Signature

4. Counselor's Name Ms. Cattierre

5. Unit Manager's Name Ms. DeFalice

6. Work Assignment N/A

7. Housing Assignment H-A-1

8. Subject: State your request completely but briefly. Give details.

This maybe the third request that I haven't CC/wc. I am writting to inform you that I try to explore other options before Filing paperwork/grievances. After weeks of being spent I'm left with no other choice, at the end of the day it is not writting, there was no complaint. If we could come to some Form of conclusion/substitute I would be open minded to discuss other options. For redress, the only option with me that is not up for discussion is me being in a Forward, which you did not ask, but I wanted to prevent any disrespect in Futures. My cousin who was murdered (Walter Rushing) so my Brother to me died at SCI-Rockview before I got there. Thank you for your time! I would like to return to D-B-60 cell as the top tier is defensive up all the time! and For the most part I was doing your low in traffic, there

9. Response: (This Section for Staff Response Only)

AS WE DISCUSSED YOU HAVE OTHER OPTIONS AND I ASK THAT YOU USE THEM

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ______ Print ______ [signature] Sign Date 6/23/16

Exhibit-F(1)

I Francisco Severino, Knowingly and willingly without Force attest to the Facts stipulated below under 28 USC § 1746 that In the Morning on the 1st of August 016 I was housed in #2 cell next to mr. Stockton overheard learly mr. Stockton and mr Smith (warden of SCI Houtzdale aving a discussion about the use of Facility grievance r. Smith ask mr. Stockton: "why are you still filing grievances". r. Stockton responded: Those are appeals to previously filed grievance r. Smith then said: "You know my officers will not leave you alone ntil, I inform them that you stopped all paperwork or go to the taff for help as we discussed previously."

Francisco Severino

[signature]

Exhibit F (2)

Commonwealth of Pennsylvania
Department of Corrections

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

CC: Personal File, Mother.

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Supt. - Smith
2. Date: 10-27-16
3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537

Ronald Stockton
Inmate Signature

4. Counselor's Name Mr. Lattera
5. Unit Manager's Name Mr. DeFelice
6. Work Assignment N/A
7. Housing Assignment K-A-1

RECEIVED
SUPERINTENDENT'S OFFICE
OCT 31 2016
SCI-HOUTZDALE
P.O. BOX 1000 HOUTZDALE, PA

8. Subject: State your request completely but briefly. Give details.

I would like to know what is the benefit of me at Filing paperwork if I'm still be treated the same? Robert Marsh whom of which was seated beside you at 8-29-16, PRC. hearing has no integrity as my suit on him is still pending, & my tears except I have where they tried to offer me $10,000 in 2014, Dec.

I've been through the mail games at other jails, destruction of property etc.

Hell, they even lost me Timberlands here along with my long Johns and for a month I'm told by RHU my stuff will be replaced (over a month)!

Now I'm a have a visit behind the glass on 11-3-16, over a razor cover. I'm letting you know that the working with staff is about to be abandoned as that when they seen I was baking a cake, not bothering no one. Is no benefit to me at all!

9. Response: (This Section for Staff Response Only)

I ASK THAT YOU CONTINUE AND YOUR EFFORTS WILL PAY OFF

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ____________ Print ____________ Sign Date 10/31/16

Exhibit G

PREA Complaint

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
| --- |
| 718323 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE** Page 1 of 2

| TO: FACILITY GRIEVANCE COORDINATOR Mrs. R. Riefer | FACILITY: SCI-Houtzdale | DATE: 1-27-18 |
| --- | --- | --- |
| FROM: (INMATE NAME & NUMBER) Ronald Stockton #HJ1537 | SIGNATURE OF INMATE: Ronald Stockton | |
| WORK ASSIGNMENT: N/A | HOUSING ASSIGNMENT: H-A-10 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

In between 10:40am and 11:30am, Officer Lancass was making Rounds on the top tier, in which, he then said "Stockton, you are a Faggot that needs to be taught a less," he then said "He me be the one to teach me a lesson." I had the Food apptxture only to gain attention of the Lt. I ate and sat my tray on the Floor in Front of the door. Although I was no threat to anyone as officer's placed a shield on my door Officer Lancass informed another officer to spray this Faggot." Prior to that officer Lancass Ranted from the top to the bottom tier while doing rounds that I was a dick sucking Faggot that needed to be taught a lesson." Not only was this discriminatory in nature this was highly offensive to my Fellow LGB community. Please preserve H-A unit video for above listed times. I ask For 10 million and any and all Relief/damages the Court deem just.

B. List actions taken and staff you have contacted, before submitting this grievance.

I spoke to the Lt. and informed him on camera (Hand held/please preserve as well)
Witnesses to incident are as Follows: Tyric King #HA2096, Rogger Hooks #JN3332, [redacted]

Your grievance has been received and will be processed in accordance with DC-ADM 804.

RECEIVED
SUPT'S ASST OFFICE
JAN 29 2018
SCI-HOUTZDALE
PO BOX 1000 HOUTZDALE, PA

Signature of Facility Grievance Coordinator ____________________ Date ____________________

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

~~The force was excessive and unjustified for officer ... should and ... spraying officer Dufour yeld Fuck this Faggot and used the whole can of mase.~~

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review*** ***Attachment 1-A***
Issued: 1/26/2016
Effective: 2/16/2016

Lancass is the same officer that escorted me to a deposition for my lawsuit on the DOC and kept asking what sub guards.

Exhibit-G(2)

PREA Grievance Continuance 1-27-18 (Page 2)

The Force was excessive, and unjustified as Officer DuFour moved shield to spray. the Unit video Footage with show that no Lt. or Sgt. was present on the unit, in Fact, 2 Officers passed my cell and no harm was done. C.O. DuFour yeld "Fuck this Faggot" while dispensing a whole can of "OC" instead of one spray at a time. The unit camara will show 3 officers push a 7 Foot (over 150 Pound) shield that about 5 Foot in length in Front of my door one officer moved the sheild to spray me not with 3 spray's, but an entire can while I am sitting at the slot.

I would also like the Front door to the H unit camara preserved From 10:30am to 11:30am which will show that no only was there no Sgt. on the unit, there was no Lt. either. A shield and a can of O.C. was at the desperse of C.O.'s, why was a handle camara not brought Forth. This shows officer's malicious entent to punish me For my sexual preference, and this all accured due to the Fact that I submitted a grievance as officers deprived me of a hair cut unjustly

C.O. Lancass is the same officer who escorted me to see the D.O.C. Attorney and asked me to stop sueing officers on 1-25-18

CC: Personal File, Mother.

[signature]

Submitted under 18 Pa. C.S. §4904.

Exhibit - H

This is a threat as I've From Deputy Close as I was merely Refering to complaints Filed.

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Deputy Close
2. Date: 2-21-18
3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537
   Ronald Stockton — Inmate Signature
4. Counselor's Name Mr. Lattener
5. Unit Manager's Name Mrs. Loy
6. Work Assignment N/A
7. Housing Assignment H-A-11

L-5

8. Subject: State your request completely but briefly. Give details.
Listen: What I am sending is not meant to alarm. I keep getting Frivolous misconducts From staff and I was trying leave the issue alone. As of now I want to stay at this institution, so as long as we can come to some Form of agreement I will not File. I know me and you came to an agreement, but clearly the officer's did not get the message. It seems that no one wants to say any thing to the guards. As they say, the courts want you to work stuff with the institution before Filing complaint, this is my Formal attempt. See attached 5 page complaint. CC: Personal File

9. Response: (This Section for Staff Response Only)
Mr Stockton after our conversation if you don't give us a problem we won't give you a problem. As for whether or not you litigate this situation is up to you

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name [signature] Print [signature] Sign Date 2/[illegible]

Exhibit-H(i)

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Capt. Knowles

2. Date: 2-29-17

3. By: (Print Inmate Name and Number) Ronald Stockton #HJ1537

[signature]
Inmate Signature

4. Counselor's Name Mr. Lattanze

5. Unit Manager's Name Mrs. Loy

6. Work Assignment N/A

7. Housing Assignment H-A-11

8. Subject: State your request completely but briefly. Give details.

Last night I spoke to Deputy Close at around or about 3:30/4:00. He informed me to talk to you in hopes of squashing any issues that I may or may not have with your staff, and return to population. I've spoken to Sgt. Pebolsky prior to that conversation with the Deputy and I am now reaching out to you!

I have hearing that I will be speaking to HSV about! I'll inform you that my cousin (Walter Rushin) who of which was more like a brother died in the RHU at SCI-Rockview. Just so happened that I got classified there months later.

As far as the paper work that was being filed, at the end of the day I have to protect my well being, but it's done.

CC: Personal File

9. Response: (This Section for Staff Response Only)

We can talk

To DC-14 CAR only ☐ To DC-14 CAR and DC-15 IRS ☐

Staff Member Name [signature] Print / [signature] Sign Date 3/27/18

Revised July 2000

Ronald Stockton
D.O.C. #HJ1537
209 Institution Dr.
P.O. Box 1000
Houtzdale, Pa. 16698

INMATE MAL
PA DEPT
OF CORRECTIONS

neopost
12/26/2019
US POSTAGE $007.70
PRIORITY MAIL
ZIP 16698
041L12204394

RECEIVED
SCRANTON
DEC 30 2019
Per ______ DEPUTY CLERK

Office of the Clerk
U.S. Dist., M.D. of Pa.
235 North Washington Ave.
P.O. Box 1148
Scranton, Pa. 18501-1148

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9023 0722 4636 0421 93
Label 400 Jan. 2013
7690-16-000-7948

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use
Label 107, May 2014